UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIO MENDEZ ARROYO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. FONSECA, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-04218-WHA (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

　　　　A settlement conference was held on March 30, 2018, and the results of that proceeding are indicated below:

　　(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　　　( X ) Plaintiff, Artemio Mendez Arroyo, Pro Se.

　　　(  ) Warden or warden's representative

　　　( X ) Office of the California Attorney General, Martine Noel D'Agostino.

　　　(  ) Other:

　　(2) The following individuals, parties, and/or representatives did not appear:

_____

　　(3) The outcome of the proceeding was:

　　　(  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

　　　(  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 3/30/2018

_____
ROBERT M ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARTEMIO MENDEZ ARROYO, | |
|---|---|
| Plaintiff, | Case No. 16-cv-04218-WHA (RMI) |
| v. | **CERTIFICATE OF SERVICE** |
| W. FONSECA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Artemio Mendez Arroyo ID: C-20149
CTF Central EW-233-Low
P.O. Box 689
Soledad, CA 93960-0689

Dated: March 30, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable ROBERT M ILLMAN

3